USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED
JUN 16 2016
Filed: David J. Bradley, Clerk of Court

No. 16 CR 0257

HOUSTON DIVISION

USAO Number: 2016R00445
Magistrate Number:

Judge: Gilmore

**UNITED STATES of AMERICA**
vs.

**ATTORNEYS:**
KENNETH MAGIDSON, USA (713) 567-9000
JONATHAN BAUM (713) 567-9000

| Defendant | Appt'd | Private |
|---|---|---|
| DR. SOHAIL R. SIDDIQUI (Cts. 1, 2-3) | ☐ | ☐ |
| STARSKY D. BOMER (Cts. 1, 4-5) | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

**CHARGE:**
Ct. 1: Conspiracy to Pay and Receive Health Care Kickbacks (18 U.S.C. § 371)
Cts. 2-5: Anti-Kickback Statute (42 U.S.C. § 1320a-7b(b), 18 U.S.C. § 2)

(TOTAL)
(COUNTS:)
( 5 )

**PENALTY:** Ct. 1: Fine of up to $250,000, or twice the gain or loss from the crime, or imprisonment for not more than five years, or both, and three years supervised release.
Cts. 2-5: Fine of up to $25,000 or imprisonment for not more than five years, or both, and three years supervised release.

NOTICE OF CRIMINAL FORFEITURE [18 U.S.C. §§ 982(a)(7), 981 (a)(1)(C), and 28 U.S.C. § 2461]

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**