UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | Criminal No.  16-CR-257 |
| DR. SOHAIL R. SIDDIQUI and | § | |
| STARSKY D. BOMER, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its undersigned counsel, hereby files this Notice of Attorney Appearance, designating Aleza S. Remis, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, as an attorney for the United States in this matter.

Respectfully submitted,

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

By:        /s/ Aleza S. Remis
       Aleza Simone Remis
       Trial Attorney
       United States Department of Justice
       Criminal Division, Fraud Section
       1000 Louisiana Street, Suite 2300
       Houston, Texas 77002
       (202) 674-5541
       Aleza.Remis@usdoj.gov