UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                  Case Number: 4:16−cr−00257

Sohail R Siddiqui

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Vanessa D Gilmore

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/6/2017

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing


Date:   November 3, 2017

                                                          David J. Bradley, Clerk