United States District Court
Southern District of Texas

**ENTERED**
November 03, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § § | Criminal No. 4:16-cr-00257-1 |
| DR. SOHAIL R. SIDDIQUI | § | |

## ORDER ON
## SIDDIQUI'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

On this day, the Court considered Defendant Sohail R. Siddqui's Unopposed Motion to Substitute Counsel. The Court GRANTS the Motion. Philip H. Hilder, Quentin Tate Williams, and Paul Creech are now counsel of record for Dr. Sohail R. Siddiqui. Further, Shaun G. Clarke and Karima Maloney are no longer counsel of record.

Signed at Houston, Texas on November 3rd, 2017

_____
THE HONORABLE VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE