UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:16-CR-257-1 |
| | § | |
| DR. SOHAIL R. SIDDIQUI | § | |
| | § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count __1__, a presentence report is ordered.

1. By **January 8, 2018** the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **January 29, 2018** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **February 19, 2018** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **February 26, 2018** at **9:30** a.m. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

   United States Probation Department
   Room 2301, 515 Rusk Avenue, Houston
   Telephone: (713) 250-5266

   If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed November 6, 2017.

UNITED STATES DISTRICT JUDGE

Copies: United States Probation
AUSA Aleza Remis
Defense Counsel Philip Hilder
Defendant is ☒ on bond ☐ in custody.