United States District Court
Southern District of Texas

**ENTERED**

March 29, 2018

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA          §
                                  §
                Plaintiff,        §
                                  §
versus                            §      CRIMINAL NO. 4:16CR00257-001
                                  §
Sohail R. Siddiqui                §
                                  §
                                  §
                                  §

## ORDER RESETTING SENTENCING

At the request of the probation office, the sentencing of the defendant is reset:

1.  The presentence investigation report will be available to the defendant on
    __October 29, 2018__.

2.  Counsel will file objections or a statement within fourteen days after disclosure due
    on __November 12, 2018__.

3.  The final copy of the PSR will be filed with the Court 7 days prior to sentencing due
    on __December 3, 2018__.

4.  The sentencing will be held on __December 10, 2018__ at
    __9:30__ a.m.

Signed on this the _29th_ day of ____March____, 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**United States District Judge**

[Copy: U.S. Probation Officer Shannon M. Yaege]