United States District Court
Southern District of Texas
**ENTERED**
December 03, 2018
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| Plaintiff, | § |
| | §   CRIMINAL NO. 4:16CR00257-001 |
| versus | § |
| | § |
| Sohail R. Siddiqui | § |
| | § |
| | § |

## ORDER RESETTING SENTENCING

The sentencing of the defendant is reset:

1. The presentence investigation report will be available to the defendant on _____February 21, 2019_____ .

2. Counsel will file objections or a statement within fourteen days after disclosure due on _____March 7, 2019_____ .

3. The final copy of the PSR will be filed with the Court 7 days prior to sentencing due on _____April 1, 2019_____ .

4. The sentencing will be held on _____April 8, 2019_____ at _____9:30_____ a.m.

Signed on this the 30th day of November , 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**United States District Judge**

[Copy: U.S. Probation Officer Shannon M. Yaege]