United States District Court
Southern District of Texas
**ENTERED**
February 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CRIMINAL ACTION NO. 4:16-CR-257-1 |
| SOHAIL R SIDDIQUI | § § § | |

### ORDER

The Court has considered the Motion to Continue Sentencing and the motion is **GRANTED**.

1. The Pre-Sentence Report (PSR) will be disclosed to counsel on **May 13, 2019**.

2. Counsel will file objections or a statement or no objection within 14 days after disclosure.

3. The Probation Office will submit the final PSR with an addendum 7 days before sentencing.

4. The Sentencing will be held:

    Date:   July 1, 2019

    Time:   9:30 a.m.

Signed on this the 21st day of February, 2019, at Houston, Texas.

Vanessa D. Gilmore
United States District Judge