United States District Court
Southern District of Texas

**ENTERED**
June 14, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| VS. § § | CRIMINAL NO. 4:16-CR-257 |
| DR. SOHAIL R. SIDDIQUI § AND STARSKY D. BOMER § | |

## ORDER

Defendant Sohail Siddiqui's Unopposed Motion to Continue Sentencing is hereby: **GRANTED**. Sentencing shall be held on __October 7__, 2019 at __9:30 am__.

SIGNED at Houston, Texas, on __June 14__, 2019.

THE HON. VANESSA GILMORE
UNITED STATES DISTRICT JUDGE